ROPERS, MAJESKI, KOHN & BENTLEY
GEORGE G. WEICKHARDT (SBN 58586)
Email: gweickhardt@rmkb.com
WENDY C. KROG (SBN 257010)
Email: wkrog@rmkb.com
201 Spear Street, Suite 1000
San Francisco, CA  94105-1667
Telephone:     (415) 543-4800
Facsimile:      (415) 972-6301

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein as
CHASE CARDMEMBER SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND M. MARLIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHASE CARDMEMBER SERVICES,<br><br>　　　　　Defendant. | CASE NO.  1:09 CV 00192 AWI DLB<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

　　　Defendant Chase Bank USA, N.A. having filed an Ex Parte Application for Extension of Time to Answer or Otherwise Respond to Complaint, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

　　　That defendant Chase Bank USA, N.A. shall have to and including April 3, 2009 to answer or otherwise respond to the complaint.

IT IS SO ORDERED.


**Dated:　　March 3, 2009**　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE