# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND M. MARLIN, | ) | 1:09cv0192 AWI DLB |
| | ) | |
| Plaintiff, | ) | FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | ) | (Document 11) |
| CHASE CARDMEMBER SERVICES, | ) | |
| Defendants. | ) | |

Plaintiff Raymond M. Marlin ("Plaintiff") filed the instant action on January 30, 2009. On February 27, 2009, the Court granted Defendant Chase Cardmember Service's ("Defendant") ex parte request for an extension of time to respond to Plaintiff's complaint. Defendant has until April 3, 2009, to file a response.

On March 3, 2009, Plaintiff filed a motion for default judgment. Plaintiff's motion must be DENIED because Defendant's time for responding has not yet passed. Therefore, Defendant is not in default and Plaintiff is not entitled to either entry of default or default judgment at this time. Fed.R.Civ.Pro. 55(a), (b).

### RECOMMENDATION

Therefore, the Court recommends that Plaintiff's motion for default judgment be DENIED WITHOUT PREJUDICE. This Findings and Recommendation are submitted to the Honorable Anthony W. Ishii, United States District Court Judge, pursuant to the provisions of 28

1

U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **March 10, 2009**                             /s/ **Dennis L. Beck**
                                                                          UNITED STATES MAGISTRATE JUDGE