# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND M. MARLIN, | ) | 1:09cv0192 AWI DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATION |
| Plaintiff, | ) | (Document 14) |
| | ) | |
| v. | ) | ORDER DENYING MOTION FOR DEFAULT |
| | ) | JUDGMENT WITHOUT PREJUDICE |
| CHASE CARDMEMBER SERVICES, | ) | (Document 11) |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff, appearing pro se, filed the instant action on January 30, 2009.

    On March 10, 2009, the Magistrate Judge issued Findings and Recommendation that Plaintiff's motion for default judgment be DENIED WITHOUT PREJUDICE. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) days have passed and no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1 | Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated March 10, 2009, is ADOPTED IN FULL; and

2. Plaintiff's motion for default judgment is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **April 24, 2009**       /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE