# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND M. MARLIN, | 1:09cv0192 AWI DLB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO ISSUE SUBPOENA TO PLAINTIFF |
| v. | (Document 17) |
| CHASE CARDMEMBER SERVICES, | |
| Defendant. | |

Plaintiff Raymond M. Marlin ("Plaintiff") is proceeding pro se in this action pursuant to the Fair Debt Collection Practices Act. The scheduling conference is set for June 10, 2009.

On April 21, 2009, Plaintiff filed a document in which he requests that the Court subpoena his telephone records for the period between August 1, 2008, and February 28, 2009. Fed.R.Civ.P. 45(3).

The Clerk of the Court is DIRECTED to issue a blank subpoena to Plaintiff. Plaintiff is advised that he will be responsible for identifying the requested records, as well as the entity and/or person from whom the records are requested. Plaintiff is also advised that he is responsible for service of the subpoena. Plaintiff is directed to Federal Rule of Civil Procedure 45 for additional information.

IT IS SO ORDERED.

Dated: **May 19, 2009**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1