IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND M. MARLIN,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**CHASE CARDMEMBER SERVICES,**<br><br>　　　　　**Defendant.** | 1:09-cv-192 AWI DLB<br><br>ORDER TAKING DEFENDANT'S RULE 12(c) MOTION UNDER SUBMISSION |

　　　Defendant Chase Bank USA, NA, erroneously named as Chase Cardmember Services, has noticed for hearing and decision a motion for judgment on the pleadings. The matter was scheduled for hearing to be held on July 13, 2009. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 13, 2009, is VACATED, and the parties shall not appear at that time. As of July 13, 2009, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:　July 8, 2009**　　　　　　　　　　　／s／ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE